County for a pipe line easement. The right of ways for other portions of this pipe line were involved in United Fuel Gas Co. v. Mauk, 272 S.W.2d 810, and United Fuel Gas Co. v. Hieneman, 272 S.W.2d 813.

The award of $145 by the commissioners for the easement area was, on appeal, increased by a judgment of the Greenup Circuit Court to $800—$300 for the easement area and $500 resulting damages to the remainder of the tract. As in the previous cases, this case was tried with the damages being the sole question.

The facts are essentially the same and the questions involved herein are almost identical with those involved in the two above cited cases.

Therefore, for the reasons given in, and upon the authority of, United Fuel Gas Company v. Mauk, 272 S.W.2d 810, and United Fuel Gas Company v. Heineman, 272 S.W.2d 813, the motion for an appeal is granted and the judgment is reversed.

of ways for other portions of this pipe line were involved in United Fuel Gas Co. v. Mauk, 272 S.W.2d 810; United Fuel Gas Co. v. Hieneman, 272 S.W.2d 813, 814, decided on this day, as well as other cases today decided, involving similar condemnations.

The commissioners' award of $245 for the easement area was appealed to the Greenup Circuit Court and there a judgment of $1100 was rendered—$500 for the easement area and $600 for resulting damages to the remaining property. The case was tried with damages being the sole question.

The facts are essentially the same and the questions involved herein are almost identical with those involved in the two above cited cases.

Therefore, for the reasons given in, and upon the authority of, United Fuel Gas Co. v. Mauk, 272 S.W.2d 810, and United Fuel Gas Co. v. Hieneman, 272 S.W.2d 813, 814, the motion for an appeal is granted and the judgment is reversed.

## UNITED FUEL GAS COMPANY

v.

### Carl MAUK et al.

Court of Appeals of Kentucky.

Nov. 12, 1954.

J. K. Wells, Paintsville, for appellant.

Thomas E. Nickel, Oscar Sammons, Greenup, for appellees.

MOREMEN, Judge.

This action was instituted by appellant to condemn a right of way 703 feet in length, comprising 0.96 acres, across a part of appellees' 40 acre tract of land in Greenup County for a pipe line easement. The right

## UNITED FUEL GAS COMPANY

v.

### Herman WELLS et al.

Court of Appeals of Kentucky,

Nov. 12, 1954.

J. K. Wells, Paintsville, for appellant.

Thomas E. Nickel and Oscar Sammons, Greenup, for appellees.

MOREMEN, Judge.

This action was instituted by appellant to condemn a right of way 393 feet in length, comprising 0.57 acres, across a part of appellees' 115 acre tract of land in Green-